# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Berlin Packaging LLC | 11/30/2022 | Wire | $ 131,456.12 |
| Akorn Operating Company, LLC | Berlin Packaging LLC | 1/6/2023 | Wire | $ 122,446.00 |
| Akorn Operating Company, LLC | Berlin Packaging LLC | 1/13/2023 | Wire | $ 182,000.10 |
| Akorn Operating Company, LLC | Berlin Packaging LLC | 1/20/2023 | Wire | $ 87,625.30 |
| Akorn Operating Company, LLC | Berlin Packaging LLC | 1/27/2023 | Wire | $ 84,093.84 |
| Akorn Operating Company, LLC | Berlin Packaging LLC | 2/1/2023 | Wire | $ 103,321.84 |
| Akorn Operating Company, LLC | Berlin Packaging LLC | 2/14/2023 | Wire | $ 32,877.90 |
| | | | | $ 743,821.10 |