1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on July 24, 2025, which shall send notification of such filing to all CM/ECF participants.

                                                                       */s/ Maria Aprile Sawczuk*