# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>BERLIN PACKAGING LLC,<br><br>Defendant. | Adv. Proc. No. 25-50258 (KBO)<br><br>**Adv. Re: D.I. 1, 6** |

## STIPULATION TO EXTEND

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for the above-captioned defendant (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 10, 2025 [Adv. D.I. 1] (the "Complaint").

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 6] (the "Procedures Order").

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

3.     Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all unexpired deadlines in the Procedures Order are extended by twenty-eight (28) days.

| | |
|---|---|
| **BERLIN PACKAGING L.L.C.** | **SAUL EWING LLP** |
| By: */s/ Maria Aprile Sawczuk* | */s/ Evan T. Miller* |
| | Evan T. Miller (DE Bar No. 5364) |
| Maria Aprile Sawczuk | Paige N. Topper (DE Bar No. 6470) |
| Goldstein & McClintock LLLP | 1201 N. Market Street, Suite 2300 |
| 501 Silverside Road, Suite 65 | Wilmington, DE 19801 |
| Wilmington, DE 19809 | Telephone: (302) 421-6800 |
| Phone: (302) 444-6710 | evan.miller@saul.com |
| Fax: (302) 444-6709 | paige.topper@saul.com |
| E-mail: marias@goldmclaw.com | |
| | *Counsel to Plaintiff* |
| and | |
| By: */s/ Thomas R. Fawkes* | |
| Thomas R. Fawkes (*pro hac vice to come*) | |
| Tucker Ellis LLP | |
| 233 S. Wacker Dr., Suite 6950 | |
| Chicago, IL 60606 | |
| Phone: (312) 624-6300 | |
| Fax: (312) 624-6309 | |
| E-mail: thomas.fawkes@tuckerellis.com | |

Dated: September 24, 2025