# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>BERLIN PACKAGING, LLC,<br><br>Defendant. | Adv. Proc. No. 25-50258 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on October 24, 2025, a copy of *Plaintiff's Objections and Responses to Defendant Berlin Packaging, LLC's First Set of Interrogatories to Plaintiff, Plaintiff's Objections and Responses to Defendant Berlin Packaging, LLC's Request for Production of Documents to Plaintiff, and Plaintiff's Objections and Responses to Defendant Berlin Packaging, LLC's Requests for Admissions to Plaintiff* was served via E-Mail on the parties below:

| *E-Mail*<br>Thomas R. Fawkes<br>Tucker Ellis LLP<br>233 South Wacker Drive<br>Suite 6950<br>Chicago, IL 60606-6395<br>Email:Thomas.Fawkes@tuckerellis.com | *E-Mail*<br>Maria Aprile Sawczuk<br>Goldstein & McClintock LLLP<br>501 Silverside Road<br>Suite 65<br>Wilmington, DE 19809<br>E-mail: marias@goldmclaw.com |
|---|---|

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone:  (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

    and

    Michelle G. Novick (admitted pro hac vice)
    161 North Clark Street, Suite 4200
    Chicago, IL 60601
    Telephone: (312) 876-7899
    michelle.novick@saul.com

    and

    Turner N. Falk (admitted pro hac vice)
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-8415
    turner.falk@saul.com

    *Counsel to Plaintiff*

Dated: October 28, 2025