# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | Adv. Proc. No. 25-50258 (KBO) |
| Plaintiff, | |
| v. | |
| BERLIN PACKAGING, LLC, | |
| Defendant. | |

**NOTICE OF SERVICE OF DEFENDANT BERLIN PACKAGING L.L.C.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS**

PLEASE TAKE NOTICE that on October 28, 2025, a true and correct copy of the *Defendant Berlin Packaging L.L.C.'S Objections And Responses To Plaintiff's First Set Of Interrogatories, Request For Production Of Documents And Requests For Admissions* was served via email upon the following parties:

| | |
|---|---|
| Michelle G. Novick<br>Shelly Guise<br>SAUL EWING LLP<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>michelle.novick@saul.com<br>shelly.guise@saul.com | Turner N. Falk<br>SAUL EWING LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-8415<br>turner.falk@saul.com |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Ct., Gurnee, IL 60031.

Dated: October 29, 2025        **Goldstein & McClintock, LLLP**

<u>*/s/ Maria Aprile Sawczuk*</u>
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
E-Mail: marias@goldmclaw.com

and

Thomas R. Fawkes
Tucker Ellis LLP
233 S. Wacker Dr., Suite 6950
Chicago, IL 60606
Phone: (312) 624-6300
Fax: (312) 624-6309
E-mail: thomas.fawkes@tuckerellis.com

*Counsel for Defendant, Berlin Packaging, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on October 29, 2024, a true and correct copy of the *Notice of Service of Defendant Berlin Packaging L.L.C.'S Objections And Responses To Plaintiff's First Set Of Interrogatories, Request For Production Of Documents And Requests For Admissions* was served via CM/ECF notification upon counsel of record.

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk