# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Akorn Holding Company LLC, et al., | : | Case No.: 23-10253 (KBO) |
| | : | (Jointly Administered) |
| Debtor. | : | |
| | : | |
| George L. Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No.: 25-50258 (KBO) |
| | : | |
| Berlin Packaging, LLC, | : | |
| | : | |
| Defendant. | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a) The following individuals were present:

   (1) Counsel (name and party representing):

   Counsel for Plaintiff: Turner N. Falk, Esq. of Saul Ewing was present in person;

   Michelle Novick, Esq. of Saul Ewing attending via Zoom

   Counsel for Defendant: Thomas R. Fawkes, Esq. of Tucker Ellis LLP was present in

   person

(b) The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):   None

(c) The outcome of the mediation conference was:

4176828v1

| | |
|---|---|
| _X_ | The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days. |
| \_\_\_\_\_ | The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days. |
| \_\_\_\_\_ | The following issues remain for this court to resolve: |
| \_\_\_\_\_ | The matter has not been resolved and should proceed to trial. |
| \_\_\_\_\_ | OTHER: |

Dated: January 21, 2026            Mediator

*Leslie Berkoff*
Leslie A. Berkoff (#4584)
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000

4176828v1